| | |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

JOSE L. MADRIGAL,

      Plaintiff,                      No. CIV S-09-0687 EFB P

    vs.

J. HARTLEY, Warden,

      Defendant.                <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

      Plaintiff alleges a violation of his civil rights in Kings County, California. Kings County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 3-120(d). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the Fresno Division.

      2. The Clerk of Court shall assign a new case number.

////

////

1  3. All future filings shall bear the new case number and shall be filed at:

2  United States District Court
   Eastern District of California
3  2500 Tulare Street
   Fresno, CA 93721

5  DATED: March 20, 2009.

   _____
   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE